JS-6

FILED
CLERK, U.S. DISTRICT COURT
6/28/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORIN COMEAUX,<br><br>    Petitioner,<br><br>  v.<br><br>NEIL McDOWELL, Warden,<br><br>    Respondent. | Case No. CV 15-3244 MWF (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 28, 2016

                                        MICHAEL W. FITZGERALD
                                        UNITED STATES DISTRICT JUDGE